1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )        Case №:2:13-cr-0387  LKK
                                      )
9           Plaintiff,                )              O R D E R
                                      )        APPOINTING COUNSEL
10          vs.                       )
                                      )
11   GUSTAVO DE LA TORRE-PEREZ,       )
                                      )
12          Defendant.                )
                                      )
13   _____ )

14          The defendant has, under oath, sworn or affirmed as to his financial inability to employ
     counsel.

15
            OFFENSE:  8 USC § 1326
16

17          CJA Panel attorney Gilbert Roque is hereby appointed effective December 11, 2013, the
     date the Office of the Federal Defender first contacted him.

18          **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT***

19   **SUPPORTING APPOINTMENT.**

20   DATED:  12/18/2013

21

22

23   _____
     ALLISON CLAIRE
24   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

ORDER APPOINTING COUNSEL          1