BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>             v.<br><br>GUSTAVO DE LA TORRE PEREZ,<br>  aka Gustavo Bautista,<br>  aka Gustavo Bautista Delatorre,<br>  aka Gustavo Delatorre,<br><br>                      Defendant. | CASE NO.  2:13-CR-0387 LKK<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 4, 2014<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on February 4, 2014.

2.     By this stipulation, defendant now moves to continue the status conference until February 20, 2014 (special setting), and to exclude time between February 4, 2014, and February 20, 2014, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

     a)     The government has represented that the discovery associated with this case includes 387 pages of documents from the defendant's immigration file.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) The Pre-Plea Presentence Investigation Report for this case, upon which the defendant may be sentenced if he changes his plea and requests immediate sentencing under the Department of Justice's Fast Track Immigration Prosecution Program, will be filed by the U.S. Probation Office on February 2, 2014.

c) Counsel for defendant desires additional time review the forthcoming Pre-Plea Presentence Investigation Report with his client in light of the already-produced discovery, and in advance of a potential change of plea proceeding and request for immediate sentencing.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 4, 2014 to February 20, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

////
////
////
////
///
////
////
////

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 31, 2014                     BENJAMIN B. WAGNER
                                             United States Attorney


                                             /s/ NIRAV K. DESAI
                                             NIRAV K. DESAI
                                             Assistant United States Attorney


Dated:  January 31, 2014                     /s/ Nirav K. Desai for Gilbert Roque, Esq.
                                             (As authorized on January 31, 2014)
                                             GILBERT ROQUE, ESQ.
                                             Counsel for Defendant
                                             Gustavo De La Torre Perez


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of February, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT